# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MALIBU MEDIA, LLC | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-369 |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.230.69.241 | : |

## ORDER

**AND NOW**, this 16th day of March 2018, upon considering Plaintiff's Motion (ECF Doc. No. 5) to amend our January 31, 2018 Order (ECF Doc. No. 4) for good cause arising from a change in the subpoenaed witness's service procedure and address, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 5) is **GRANTED** and we **amend** our January 31, 2018 Order (ECF Doc. No. 4) to grant Plaintiff leave to file an Amended Complaint no later than **May 21, 2018**.

KEARNEY, J.