UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

July 11, 2018

A. Jordan Rushie
Rushie Law PLLC
1010 N. Hancock Street
Philadelphia, PA 19123

RE: Malibu Media, LLC v. Imran Amir

CIVIL ACTION NO.: 18-369

Dear Mr. Rushie:

A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by the Defendant Imran Amir.

If such a pleading is not filed by the above named defendant on or before July 23, 2018 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by August 2, 2018 the court may enter an order dismissing the case against the above named defendant for lack of prosecution.

Very Truly Yours,

*[signature]*

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:  Imran Amir
             Leslie A. Farber